# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEL COLON, individually and on behalf of others,<br><br>Plaintiff,<br><br>v.<br><br>PARKER, FELLOWS AND SMITH, LLC,<br><br>Defendant. | Case No.: 19cv1447-MMA (JLB)<br><br>**ORDER GRANTING MOTION TO DISMISS CLASS ALLEGATIONS WITHOUT PREJUDICE**<br><br>[Doc. No. 9] |

On March 9, 2020, Plaintiff Mariel Colon ("Plaintiff") filed a motion to dismiss the class allegations in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). *See* Doc. No. 9. Upon due consideration, good cause appearing, the Court **GRANTS** Plaintiff's motion and **DISMISSES** Plaintiff's class allegations **without prejudice**. This action remains pending with respect to Plaintiff's individual claims.

**IT IS SO ORDERED.**

Dated: March 9, 2020

HON. MICHAEL M. ANELLO
United States District Judge