**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
Evangeline Dech, Esq. (SBN: 326832)
evangeline@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq. (SBN: 250548)
danielshay@tcpafdcpa.com
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
Telephone: (619) 222-7429
Fax: (866) 431-3292

*Attorneys for Plaintiff*
Mariel Colon

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEL COLON,<br><br>Plaintiff,<br><br>v.<br><br>PARKER, FELLOWS AND SMITH, LLC,<br><br>Defendant. | Case No.: 19-cv-1447-MMA-JLB<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS**<br><br>Date: April 13, 2020<br>Time: 2:30 PM<br>Courtroom: 3D<br><br>**HON.** MICHAEL M. ANELLO |

**TO DEFENDANT PARKER, FELLOWS AND SMITH, LLC:**

**PLEASE TAKE NOTICE** that on April 13, 2020 at 2:30 PM, in the Honorable Michael M. Anello's Courtroom in the United States Courthouse, located at 221 West Broadway, 3rd Floor, 3D, San Diego, CA 92101, Plaintiff Mariel Colon ("Plaintiff"), by and through her counsel of record, will move this Court for a Default Judgment and award of costs against Parker, Fellows and Smith, LLC.

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, Declaration of Plaintiff's Counsel, Declaration of Plaintiff, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral arguments, unless requested by the Court.

Respectfully submitted,

Dated: March 12, 2020        **KAZEROUNI LAW GROUP, APC**

By: /s/ Yana A. Hart        .
Yana A. Hart, Esq.
*Attorneys for Plaintiff*