# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEL COLON, individually and on behalf of others,<br><br>Plaintiff,<br><br>v.<br><br>PARKER, FELLOWS AND SMITH, LLC,<br><br>Defendant. | Case No.: 3:19-cv-01447-MMA-JLB<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF ACTION**<br><br>[Doc. No. 15] |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the Plaintiff's request, and orders this matter **DISMISSED** in its entirety, **without prejudice** as to Plaintiff or the Putative Class. The Court **DIRECTS** the Clerk of Court to terminate all pending motions and close the case.

**IT IS SO ORDERED**.

Dated: May 21, 2020

_____
MICHAEL M. ANELLO
United States District Judge